# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-321
Lower Tribunal No. 20-CF-441

———————————————

TIMOTHY STARR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

November 28, 2023

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED